**FORM 13**

# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York  10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by __Emily Lawson_____
(Name of attorney of record)
on behalf of __International E-Z UP, Inc._____ in the matter of __International E-Z UP, Inc._____ v. __Donald J. Trump, in his official capacity as__ Court No. __25-00459_____. President of the United States et al.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
E-Z UP Holdings, Inc. is the parent of International E-Z UP, Inc.
The remainder of the question is not applicable.

2. Indicate whether the party on whose behalf this Form is being filed is ✓ or is not ☐ the real party in interest.  If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)
N/A

/s/ Emily Lawson                          12/9/2025
(Signature of Attorney)                   (Date)

**SEE REVERSE SIDE**

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024.)